# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## FORT MYERS DIVISION

AMY J. SWEITZER NUNEZ; WHITNEY
NUNEZ,

                    Plaintiffs,

-vs-                                     Case No.  2:10-cv-120-FtM-36SPC

BERNARDO HERNANDEZ; JOSUE
HERNANDEZ,

                    Defendants.

_____

## ORDER

This matter comes before the Court on Application to Clerk for Entry of Default (Doc. #9) filed on March 31, 2010.  Pursuant to Fed. R. Civ. P. 55(a), the Plaintiff moves the Court for the entry of default against the Defendants

Under Fed. R. Civ. P. 55(a), default is justified "[w]hen a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise appear by affidavit or otherwise, the clerk shall enter the party's default."  On March 8, 2010, service was effected on both Defendants at their residence.  Pursuant to the Return of Service documents (Doc. #7, 8), service was made upon Fanely Hernandez, who is the daughter of Bernardo Hernandez and sister of Josue Hernandez, residing at 1247 SE 3rd Avenue, Arcadia, Florida 34266.  The process server states Fanely Hernandez is fifteen (15) years of age or older, which is in compliance with state statutes.  To date, the Defendants have not responded to the Plaintiff's Complaint.  Therefore, the entry of default is appropriate.

Accordingly, it is now

**ORDERED:**

The Application to Clerk for Entry of Default (Doc. #9) is **GRANTED**. The Clerk is directed to enter default against the Defendants, Bernardo Hernandez and Josue Hernandez.

**DONE AND ORDERED** at Fort Myers, Florida, this ___5th___ day of April, 2010.

SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies: All Parties of Record